## 'AH GOON v. TARPEY and Others.

## No. 8633; June 3, 1885.

### 7 Pac. 188.

**Appeal—Immaterial Variance.—**Reversal is not Warranted by variances between allegations and proof which are immaterial, if no one is misled thereby.

APPEAL from the Superior Court of the City and County of San Francisco.

A. A. Moore and Moore & Reed for appellants; T. C. Van Ness for respondent.

By the COURT.—1. The difference in the names Ah Yak and Ah Jack; also as to whether the men were employed to be paid one dollar, or a dollar and a quarter, or a dollar and a half; and the statement in the assignment that the contract was with the Melrose Smelting & Refining Works—if variances, were immaterial, and misled no one: Code Civ. Proc., sec. 469.

2. The court did not err in striking out that portion of the answer relating to garnishment; it contained no defense to the action stated in the complaint.

Judgment and order affirmed.